TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC







NO. 03-07-00037-CV






Mark D. Bogar, M.D., Appellant


v.


Dolores G. Esparza, Individually and as Administrator of the Estate of

Katherine G. Guerrero; Deceased; Fernando Guerrero; Sofia G. Butschy;

Gilberto Guerrero; Antonio Guerrero; Rosie G. Garza; Benito Guerrero;

Josey G. Selvera; and Frances G. Faz, Appellees






FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY, NO. 82,917-A,

HONORABLE GUY S. HERMAN, JUDGE PRESIDING




O R D E R


PER CURIAM 

 The appellees have filed a motion for reconsideration en banc. The motion is denied.

 It is ordered May 16, 2008.



Before Chief Justice Law, Justices Patterson, Puryear, Pemberton, Waldrop and Henson

 Dissenting Opinion by Justice Patterson

 Dissenting Opinion by Justice Henson